UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FULTZ,

        Plaintiff,                  Case Number 22-11754

v.                                           Honorable David M. Lawson

SOUTHFIELD GRAND HOSPITALITY, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 15), it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated:  May 17, 2023